THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　Plaintiff,<br>　v.<br><br>**NIKON, INC.,**<br>　　　　　Defendant. | Civil Action No. 2:15-cv-00193<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Display Technologies, LLC and Defendant Nikon, Inc. hereby notify the Court that all matters in controversy in the action between these two parties have been settled, in principal. The parties request a stay of 30 days of all deadlines to afford them time to complete the execution of a settlement agreement and to submit appropriate dismissal papers.

1

DATED May 24, 2017.                    Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright, Ph.D.
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF**
**DISPLAY TECHNOLOGIES, LLC**


/s/ *Lance Lee*
Lance Lee
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, Texas 75503
Telephone: (903) 223-0276
Facsimile: (903) 223-0210
Email: wlancelee@aol.com

**ATTORNEY FOR DEFENDANT**
**NIKON, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon counsel of record via the Court's CM/ECF system on May 24, 2017.

*/s/ Thomas C. Wright*

2